ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
VALERIE ROVIRA o/b/o            :
D.K.,                           :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :      ORDER & JUDGMENT
MICHAEL J. ASTRUE,              :      00 Civ. 4690 (SHS)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on January 1, 2001, and

WHEREAS, on May 15, 2007, the Commissioner issued a favorable decision (copy attached) on plaintiff's application for benefits;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York
       October 5, 2009

                                  _____
                                  United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____